UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:19-cr-0246-TWP-MJD |
| | ) | |
| JAYLEN SMITH, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On September 22, 2021 and November 8, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 7, 2021. Defendant Smith appeared in person with his appointed counsel Gwendolyn Beitz and Monica Foster.  The government appeared by Jayson McGrath and Jeremy Fugate, Assistant United States Attorneys.  U. S. Parole and Probation appeared by Officer Ryan Sharp.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  The Court advised Defendant Smith of his rights and provided him with a copy of the petition.  Defendant Smith orally waived his right to a preliminary hearing.

2.  After being placed under oath, Defendant Harris admitted violation numbers 1 (in part) and.  [Docket No.  58.]

3.  The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |

On September 6, 2021, Mr. Smith was arrested for Carrying Handgun Without a License, Felon Carrying Handgun with Prior Felony Conviction Within Last 15 Years, Possession of Marijuana, and Operating a Vehicle - Never Received License, under cause number 49D32-2109-MC-027624, in Marion County, Indiana.

According to the probable cause affidavit, on September 6, 2021, an officer with the Indianapolis Metropolitan Police Department (IMPD) initiated a traffic stop on the Mr. Smith. Mr. Smith provided the officer with a regular Indiana ID and temporary registration. The officer ran Mr. Smith through the BMV database and observed Mr. Smith's driving status to be suspended. Due to Mr. Smith's inability to legally operate the vehicle, the officer contacted control and requested a wrecker to tow the vehicle. The officer had Mr. Smith exit the vehicle and sit on the curb. The officer began to inventory the vehicle per IMPD's policy and procedures prior to it being towed. During the inventory, the officer observed a green leafy substance in the ash tray in the center console that appeared to be marijuana. The officer noticed an abnormal bulge underneath the front passenger seat floor board. The officer raised the floor board carpet to reveal a tan Glock 19X handgun.

| | |
|---|---|
| 2 | **"The defendant must pay the total monetary penalties in accordance with he schedule of payments set forth in this judgment."** |

To date, Mr. Smith has not paid anything on his $100 special penalty assessment.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The government recommended a sentence at the low end of the guidelines.

Defendant's counsel argued for a sentence of time served.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 6 days in which he will receive credit time for his incarceration between September 16 and September 21, 2021 with 12 months of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. Justification: This condition is an administrative requirement of supervision.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer. Justification: This condition is an administrative requirement of supervision.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right of consent, and shall permit confiscation of any contraband observed in plain view of the probation officer. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer. Justification: This condition is an administrative requirement of supervision.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege. Justification: This condition is an administrative requirement of supervision.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact. Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in residence occupants, job positions, job responsibilities). When prior notification is not possible, you

    shall notify the probation officer within 72 hours of the change. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer. Justification: This condition is an administrative requirement of supervision.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. Justification: This condition will ensure the defendant maintains gainful employment and reduce the risk of recidivism.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.

12. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Justification: This condition will address the defendant's history of substance abuse.

13. You shall not use or possess alcohol. Justification: This condition will help ensure compliance with a sober lifestyle.

14. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage. Justification: This condition will address the defendant's history of substance abuse.

15. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods. Justification: This condition will help ensure compliance with a drug-free lifestyle.

16. You shall pay the cost associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: substance abuse treatment and testing. Justification: This condition will encourage the offender to be invested in his recovery.

17. You shall provide the probation office access to any requested financial information and shall authorize the release of the information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution. Justification: This condition will encourage the offender to make payments on his outstanding special assessment balance.

18. You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer. Justification: This condition will address the defendant's obligation to make payments on his special assessment.

19. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware of software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

The Defendant waived reading of the revocation parameter worksheet in open court. The Defendant is to be released pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 11/9/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system