UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00246-TWP-MJD |
| | ) | |
| JAYLEN SMITH, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

The Parties appeared on December 22, 2023, before United States Magistrate Judge Kellie M. Barr for a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on August 11, 2023, [dkt. 87]. Defendant Jaylen Smith appeared in person and by counsel Gwendolyn Beitz of the Federal Community Defenders. Government represented by Assistant United States Attorney Jayson McGrath. United States Probation Office represented by Ryan Sharp.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and made sure he had copies of the petition. Defendant waived his right to a probable cause hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Dkt. 87.] Government orally moved to withdraw the remaining violations, numbers 2, 3, and 4, which motion was granted by the Court.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | "You shall not commit another federal, state, or local crime." |

On August 7, 2023, Mr. Smith was charged with Battery Against a Public Official, a felony; Resisting Law Enforcement Causing Bodily Injury, a felony; Striking a Law Enforcement Animal, a misdemeanor; Resisting Law Enforcement - Fleeing, a misdemeanor, under cause number 49D26-2308-F6-022307. On August 10, 2023, an Initial Hearing was held, and Mr. Smith was detained. A Bail Review Hearing is scheduled for August 15, 2023. According the probable cause affidavit, on August 6, 2023, law enforcement officials were attempting to serve a warrant on a Marion County Probation violation. Mr. Smith observed the officer approaching his mother's apartment and fled. A K9 began tracking him and found him hiding on the second floor of an adjacent apartment building where the K9 apprehended him. As soon as officers ordered the K9 to release him, Mr. Smith forced his way to his feet and forcefully resisted them dragging an officer down the stairs. He ran out of the apartment building, and the K9 was released to make apprehension. Once officers caught up to Mr. Smith they observed him choking and striking the K9 on the head, who was injured and no longer engaging him. An officer deployed a taser and placed Mr. Smith into custody.

4. The Parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months imprisonment.

5. The Parties jointly recommended a sentence of 12 months and one day of imprisonment with the Bureau of Prisons, with no federal supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition to which he admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day, with no federal supervision to follow.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**IT IS SO RECOMMENDED.**

Date: 12/22/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Electronic Notice to USPO